

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

JAIME ALBERTO SANCHEZ, §

Appellant, §

v. §

THE STATE OF TEXAS, §

Appellee. §

§

No. 08-15-00055-CR

Appeal from the

210th District Court

of El Paso County, Texas

(TC# 20050D04760)

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF SEPTEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.